IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY K. ARMSTRONG,

      Plaintiff,                    No. 2:11-cv-0965 GEB KJN P

   vs.

SILVIA GARCIA, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On August 22, 2011, plaintiff filed a notice of change of address indicating that he was recently transferred to California State Prison-Corcoran. Plaintiff also requested that the court order prison officials to give him access to his legal property.

      The undersigned has observed that prisoners often do not receive access to their legal property immediately following their transfer to a new prison. Accordingly, plaintiff's motion for access to his legal property is denied without prejudice. If plaintiff does not have access to his legal property when he receives the instant order, he may re-file his motion. A renewed motion must detail plaintiff's attempts to gain access to his legal property.

      On August 26, 2011, plaintiff filed a motion for a 45 day extension of time to file an amended complaint. Good cause appearing, this motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 22, 2011 motion for access to legal property (Dkt. No. 17) is denied without prejudice;

2. Plaintiff's August 26, 2011 motion for an extension of time (Dkt. No. 18) is granted;

3. Plaintiff is granted 45 days from the date of this order in which to file an amended complaint.

DATED: September 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

arms0965.36(2)