IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY K. ARMSTRONG,

      Plaintiff,                      No. 2: 11-cv-0965 GEB KJN P

   vs.

SILVIA GARCIA, et al.,

      Defendants.            ORDER

_____/

        Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's December 29, 2011 motion requesting that the court order prison officials at California State Prison-Corcoran ("Corcoran") to stop tampering with plaintiff's legal mail. Plaintiff alleges that on one occasion, his outgoing legal mail was allegedly tampered with.

        This action is proceeding on the amended complaint filed October 19, 2011 as to defendants Gillette, Barton, Callison, Dial, Roche, Rohfling, Davey, Mangis, Leo and James. All defendants are located at High Desert State Prison ("HDSP").

        In the pending motion, plaintiff is requesting that the court issue orders directed to prison officials at Corcoran. No defendants are located at Corcoran. This court is unable to issue an order against individuals who are not parties to a suit pending before it. See Zenith

1

Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion regarding the alleged tampering with his legal mail (Dkt. No. 31) is denied.

DATED: March 1, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

arm965.ord