IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY K. ARMSTRONG,

    Plaintiff,                         No. 2:11-cv-0965 GEB KJN P

    vs.

SILVIA GARCIA, et al.,

    Defendants.                   <u>ORDER</u>

         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

         On November 9, 2011, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed objections to the findings and recommendations.

         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 9, 2011, are adopted in full;

2. The retaliation claims against defendants Gillette, Barton, Callison, Roche, Rohlfing, Mangis and Davey based on their alleged denial of plaintiff's request for a wheelchair are dismissed; and

3. The claims against defendants Garcia, Chandler, Young, Turner, Brewer, McCue, Fernandez and Chan are dismissed.

Dated: March 9, 2012

GARLAND E. BURRELL, JR.
United States District Judge