IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY ARMSTRONG,

      Plaintiff,                     No. 2:11-cv-0965-GEB-KJN-P

  vs.

SILVA GARCIA, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On November 20, 2012, the magistrate judge filed findings and recommendations (dkt. no. 58) herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff was granted an extension of time by order filed December 18, 2012, (dkt no. 61) and again on February 6, 2013, (dkt. no. 64). The date for filing those objections has passed, however, neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY

1

ORDERED that:

    1. The findings and recommendations filed November 20, 2012, are adopted in full; and

    2. Defendant Mangis is dismissed.

Dated:  March 15, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge